| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 10/2/2020 |

GABRIELLE GLASGOW,

                Plaintiff,

    -against-

BANANA REPUBLIC, LLC, ERIC URRUTIA, JEFF BIGLEY, and STACEY WITSELL,

                Defendants.

1:20-cv-01893-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    It having been reported to this Court by the Court-appointed mediator that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 2, 2020**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  October 2, 2020**
**New York, NY**

                                                                          */s/ Mary Kay Vyskocil*
                                                                      **MARY KAY VYSKOCIL**
                                                                      **United States District Judge**